JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL L. S.,[1] | Case No. CV 22-7189 MCS (PVC) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS ADJUDGED that the decision of the Acting Commissioner is AFFIRMED and that the above-captioned action is DISMISSED with prejudice.

DATED:  November 15, 2023

*Mark C. Scarsi*

_____
MARK C. SCARSI
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.